UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BURT A. SMITH,

    Plaintiff,

v.

BILLY MAY,

    Defendant.

Case No. 3:18-cv-01991-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 24.) That rule allows the parties to dismiss a case on their own if they file a joint stipulation signed by all parties. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: JULY 15, 2019**

                                        *s/ J. Phil Gilbert*
                                        **J. PHIL GILBERT**
                                        **U.S. DISTRICT JUDGE**